UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NORRIS FOSTER, NOAH ALPERN and )
LOUIS ALPERN, Individually an on behalf )
of all others similarly situated, )
)
Plaintiffs, )
) **JUDGMENT**
v. )
) No. 5:11-CV-180-H
)
GEORGE B. AMBERCROMBIE, )
ADRIAN ADAMS, KIP A. FREY, )
ALAN F. HOLMER, NANCY J. HUTSON, )
PH.D., RICHARD S. KENT, M.D., )
KENNETH B. LEE, JR., INSPIRE )
PHARMACEUTICALS, INC., MERCK & )
CO., INC., MONARCH TRANSACTION )
CORP., and JONATHAN S. LEFF )
)
Defendants. )

**Decision by Court.**
**This case came before Senior District Judge Malcolm J. Howard for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that** the plaintiff's claims are DISMISSED in their entirety. The clerk is directed to close this case.

This Judgment Filed and Entered on April 4, 2013, with service on:
Cullin A. O'Brien (via CM/ECF Notice of Electronic Filing)
Stuart A. Davidson (via CM/ECF Notice of Electronic Filing)
Norris A. Adams, II (via CM/ECF Notice of Electronic Filing)
Brian E. O'Connor (via CM/ECF Notice of Electronic Filing)
Carol N. Patterson, Jr. (via CM/ECF Notice of Electronic Filing)
Clifton L. Brinson (via CM/ECF Notice of Electric Filing)
Deirdre N. Hykal (via CM/ECF Notice of Electronic Filing)
Donald H. Tucker, Jr. (via CM/ECF Notice of Electronic Filing)
Dan C. Kozusko (via CM/ECF Notice of Electronic Filing)
Jaclyn D. Greenstein (via CM/ECF Notice of Electronic Filing)
Jonathan A. Berkelhammer (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK

/s/ *Donna Rudd*
(By): Donna Rudd, Deputy Clerk